Faisal M. Zubairi (SBN 244233)
*zubairi.faisal@dorsey.com*
Bryan M. McGarry (SBN 258156)
*mcgarry.bryan@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA  92626-7655
Telephone:   (714) 800-1400
Facsimile:   (714) 800-1499

Attorneys For Defendant
Falck USA, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIAMEISHA EDMOND,<br><br>       Plaintiff,<br><br>v.<br><br>FALCK USA, INC.,<br><br>       Defendant. | CASE NO.: **2:20-cv-01604-WBS-DB**<br><br>Assigned to:<br>Senior Judge William B. Shubb<br>Courtroom:  5—14th Floor<br><br>Referred to:<br>Magistrate Judge Deborah Barnes<br>Courtroom:  27—8th Floor<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 14 DAYS (28 DAYS TOTAL FROM ORIGINAL DEADLINE)**<br><br>[*Filed Concurrently Herewith in Support: Second Stipulation to Extend Time to Respond*]<br><br>Date Complaint Served:   Sept. 11, 2020<br>Original Response Due:        Oct. 6, 2020<br>Response Currently Due:     Oct. 20, 2020<br>New Resp. Due Date:           Nov. 3, 2020<br><br>Action Filed:          August 11, 2020<br>Trial Date:             None Set |

# ORDER

The Court having considered the <u>SECOND</u> STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 14 DAYS (28 DAYS TOTAL FROM ORIGINAL DEADLINE) filed by Defendant Falck USA, Inc. ("Falck") and Plaintiff Kiameisha Edmond, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

Falck's deadline to respond to the complaint is hereby extended to and including November 3, 2020.

**IT IS SO ORDERED.**

Dated:  October 20, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE